Núm. 9458.—Pueblo, apldo., *v.* Canino, aplte.—C. D. Bayamón. Julio 31, 1942.

Vista la moción jurada presentada por el acusado apelante, por la que solicita dejemos sin efecto la resolución dictada en 15 de julio de 1942, por la cual se desestimó por abandono el presente recurso, y visto también el informe rendido por el Fiscal de esta Corte Suprema, se declara sin lugar dicha moción.

Núm. 9400.—Pueblo, apldo. *v.* Ruiz, aplte.—C. D. Bayamón. Agosto 1, 1942.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción del 30 de julio de 1942, sobre rebaja de pena, oído el representante de El Pueblo, no ha lugar.

Núm. 9328.—Pueblo, apldo. *v.* Figueroa, aplte.—C. D. Arecibo. Agosto 1, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, el apelante fué acusado y convicto del delito de poseer un revólver sin haberlo declarado por escrito al jefe de la policía del distrito de Arecibo, en donde reside, en violación de lo dispuesto por el Artículo 7 de la Ley Núm. 14 de julio 8 de 1936;

Por cuanto, de la prueba practicada resulta que el revólver le fué ocupado por la policía al acusado, en cumplimiento de una orden de registro, mientras el acusado portaba dicho revólver en su automóvil, sin tener licencia que le autorizara a portarlo;

Por cuanto, el acusado alegó en su defensa que el revólver le había sido entregado por la que fué su suegra, para que lo compusiera; y que en el momento en que le fué ocupado por la policía él lo llevaba desde el taller donde lo había compuesto para entregárselo a su suegra;

Por cuanto, la testigo Petra Domínguez, exsuegra del acusado, negó haberle entregado el revólver al acusado para componerlo;

Por cuanto, el conflicto entre ambas declaraciones fué resuelto por el juez sentenciador al dar crédito a la declaración de Petra Domínguez y no a la del acusado;

Por cuanto, la prueba practicada es a nuestro juicio suficiente para sostener la acusación y justificar la sentencia;

Por tanto, se confirma la sentencia recurrida, dictada por la Corte de Distrito de Arecibo el 27 de marzo de 1941 en el caso arriba indicado.